# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:18-cr-00200-02  **Type:** Initial Appearance/Arraignment
**Caption:** USA v. Ryan Johnson  **Judge:** Judge Tinsley

**Started:** 5/14/2019 2:05:03 PM
**Ends:** 5/14/2019 2:08:53 PM  **Length:** 00:03:51

Judge Dwane L. Tinsley
Courtroom Deputy: Dawna Goodson
Defendant: Ryan Johnson
Assistant U.S. Attorney: Timm Boggess
Retained Counsel: Rico Moore
Probation Officer: Michele Wentz

| Time | Entry |
|---|---|
| 2:05:10 PM | INITIAL APPEARANCE AND ARRAIGNMENT |
| 2:05:16 PM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 2:05:46 PM | Defendant placed under oath by Courtroom Deputy |
| 2:06:05 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:06:19 PM | Stated personal information |
| 2:06:27 PM | Questions defendant about indictment related matters |
| 2:07:01 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:07:03 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:07:31 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 2:07:40 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:08:01 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 2:08:12 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 2:08:26 PM | The defendant was previously ordered detained and is hereby ordered remanded to the custody of the US Marshal |
| 2:08:40 PM | Anything else counsel wishes to address? |
| 2:08:43 PM | Hearing adjourned |